UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 3 2017

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVE JAMAL SMITH, also known as Jabrail Love, and JOHN KING LIONELL, also known as Rashad Lionell,<br><br>*Defendants.* | Criminal No. 17-116 (RDM) |

## VERDICT FORM

**STEVE JAMAL SMITH:**

**Count One Conspiracy to Commit Bank Robbery**

We the jury find the defendant **STEVE JAMAL SMITH**

\_\_✓\_\_ Guilty       _____ Not Guilty

of the crime of Conspiracy to Commit Bank Robbery.

**Count Two Bank Robbery**

We the jury find the defendant **STEVE JAMAL SMITH**

_____ Guilty       \_\_✓\_\_ Not Guilty

of the crime of Bank Robbery.

**JOHN KING LIONELL:**

**Count One Conspiracy to Commit Bank Robbery**

We the jury find the defendant **JOHN KING LIONELL**

_____✔_____ Guilty _____ Not Guilty

of the crime of Conspiracy to Commit Bank Robbery.

**Count Two Bank Robbery**

We the jury find the defendant **JOHN KING LIONELL**

_____ Guilty _____ Not Guilty

of the crime of Bank Robbery.

_____
FOREPERSON

Nov 13, 2017
DATE